OPINION — AG — ** NON CAPITAL OFFENSE — BAIL ** MURDER IN THE SECOND DEGREE IS A NON CAPITAL OFFENSE AND A PERSON CHARGED WITH SUCH OFFENSE SHALL BE ADMITTED TO BAIL AS PROVIDED FOR BY 22 O.S. 1101 [22-1101] (CRIMINAL, HOMICIDE, BAIL BOND, CAPITAL PUNISHMENT) CITE: 21 O.S. 701 [21-701], ARTICLE II, SECTION 8, 21 O.S. 701.1 [21-701.1], 21 O.S. 701.4 [21-701.4] [21-701.4] (JAMES L. SWARTZ)